Oscar Eduardo Medina **CERVANTES;** et al., Petitioners,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 04–72054.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.*

Decided April 17, 2006.

Oscar Eduardo Medina Cervantes, Lynwood, CA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

**604**

Blanca Rosa Zamarripa De Medina, Lynwood, CA, pro se.

Monica Faviola Mendina Zamarripa, Lynwood, CA, pro se.

Paloma Guadalupe Mendina Zamarripa, Lynwood, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Genevieve Holm, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SILVERMAN, MCKEOWN and PAEZ, Circuit Judges.

MEMORANDUM **

Oscar Eduardo Medina Cervantes, his wife Blanca Roas Zamarripa de Medina, and their two minor daughters, natives and citizens of Mexico petition pro se for review of the decision of the Board of Immigration Appeals summarily affirming without separate opinion the immigration judge's denial of their application for cancellation of removal.

The only issue that petitioners raise in their opening brief is that the immigration judge erred in concluding that Blanca Zamarripa failed to establish that her removal would result in exceptional and extremely unusual hardship to her United States citizen son.

We lack jurisdiction to review the discretionary determination that Blanca Za-

marripa failed to establish exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 929–30 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED, as to Blanca Zamarripa, PETITION FOR REVIEW DENIED, as to the remaining petitioners.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

